VINCENT CASTILLO, State Bar No. 209298
vcastillo@cmtrlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:     (415) 213-4098

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
dba AMTRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LARSON, individually and as personal representative of the Estate of RANDY LARSON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01847-JAM-AC<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

1  IT IS HEREBY STIPULATED AND AGREED by plaintiff NICHOLAS LARSON individually and as a personal representative of the Estate of RANDY LARSON, and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK by and through their undersigned counsel, that the above-captioned action shall be dismissed in its entirety with prejudice.

Each party shall bear their own costs, expenses, and attorney's fees.

Dated:  November 28, 2023          ABBEY, WEITZENBERG, WARREN & EMERY, PC

By:  */s/ Brian Lance*
      BRIAN G. LANCE
      Attorneys for Plaintiff
      NICHOLAS LARSON

Dated:  November 28, 2023          CASTILLO, MORIARTY, TRAN & ROBINSON LLP

By:  */s/ Vincent Castillo*
      VINCENT CASTILLO
      ALEXEI N. OFFILL-KLEIN
      Attorneys for Defendant
      NATIONAL RAILROAD PASSENGER
      CORPORATION dba AMTRAK

**ORDER**

Based upon the stipulation of Plaintiff Nicholas Larson individually and as a personal representative of the Estate of Randy Larson and Defendant National Railroad Passenger Corporation dba Amtrak, this entire action is hereby **DISMISSED** with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each side to bear its own costs and fees. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: November 29, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE